IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS PENSION FUND OF ILLINOIS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 25 C 9842 |
| B SQUARE HOME RENOVATIONS, LLC., an Illinois limited liability company, | ) ) ) ) | JUDGE EDMOND E. CHANG |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on October 14, 2025 [Dkt No. 14], request this Court enter judgment against Defendant, B Square Home Renovations, LLC., an Illinois limited liability company, pursuant to F.R.Civ.P. Rule 55(b).   In support of this Motion, Plaintiffs state:

1.      On October 14, 2025, this Court entered default against Defendant [Dkt. 15].

2.      On February 3, 2026, this Court entered a docket entry directing Plaintiffs to determine whether "Plaintiffs might be able to use the highest contribution report before the Defendant stopped providing them, and then extrapolate from that report to what is owed, including reasonable increases in the Defendant's revenue increased. That would permit the Plaintiffs to move for entry of a judgment for a maximum amount of contributions" [Dkt. 25].

3.      On March 3, 2026, Plaintiffs filed a status report indicating that it would be able to provide the estimate requested on February 3, 2026 [Dkt. 26].

3.      On March 12, 2026, this Court ordered Plaintiffs' counsel to file a motion for default judgment for a sum certain by April 6, 2026 [Dkt. 28].

4. On April 6, 2026, Plaintiffs' counsel filed Plaintiffs' Motion to Extend Time to File Motion for Default Judgment in a Sum Certain. [Dkt. 29].

5. On April 7, 2026, the Court granted Plaintiffs' motion and ordered that a motion for default judgment be filed by April 20, 2026 [Dkt. 31].

7. Prior to January 2025, Defendant made 6 contributions. The highest contribution during that period was $4,543.20 for the period June 2024. (See Cherney Affidavit Exhibit 1). At present, Defendant is delinquent for reports and contributions for the period January 2025 through present, or 16 months of delinquent reports and contributions. The highest contribution for the period in which Defendant made reports ($4,543.20) multiplied by 16 periods is $72,691.20.

6. Defendant is in violation of its obligation to submit all monthly contribution reports for the months of January 2025 forward. Based upon a review of Defendant's reporting history, the Fund Administrator reasonably estimates Defendant's liability for such period in the amount of $72,691.20. (See Affidavit of Sebastien Cherney).

6. Additionally, the amount of $7,269.12 is due for liquidated damages. (Cherney Aff. Par. 5).

7. In addition, Plaintiffs' firm has expended $490 for costs and $2,412.50 for attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

8. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $82,862.82.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $82,862.82.

/s/  Carson W. Fallo

Carson W. Fallo
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6345253
Telephone:   (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

I:\CarpsJ\B Square Home\motion for entry of judgment.cwf.df.docx

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Plaintiffs' Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 20th day of April 2026:

> Mr. Brett Barkman, Registered Agent for
> B Square Home Renovations, LLC
> 1717 Sunset Drive
> Mendota, IL     61342-1150

/s/     Carson W. Fallo

Carson W. Fallo
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6345253
Telephone:   (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com
I:\CarpsJ\B Square Home\motion for entry of judgment.cwf.df.docx